**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: July 26, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 04-63448 |
| CHARLES L. & DONNA M. KING, | : | Chapter 13 |
| Debtors. | : | JUDGE CALDWELL |

**ORDER GRANTING DEBTORS' MOTION
PERTAINING TO RESIDUAL, PRE-PETITION MORTGAGE ARREARAGES(DOC. # 58)**

This matter is before the Court on the Debtors' Motion For Approval of Agreement Pertaining To Residual, Pre-Petition Mortgage Arrearages. This Motion was filed on June 30, 2010, and has been designated as **Doc. # 58** in this case.

The Court finds that all parties in interest were properly served with the instant Motion, and that no party in interest has objected to the relief requested by the Debtors. The Court further finds that the Debtors have presented good cause in support of this Motion, and the same is hereby SUSTAINED.

It is, therefore, **ORDERED** as follows:

A.) The residual, pre-petition mortgage arrearage allowed under the Debtors' Plan to U.S. Bank, N.A. of $2,555.62 shall be re-capitalized into the Debtors' mortgage loan, and added to the principal balance of the loan; the Chapter 13 Trustee shall remove this claim from his records, and file a motion to deem the Debtors' mortgage loan current; the Debtors shall commence regular monthly payments to U.S. Bank commencing with the September, 2010 payment;

B.) The residual, pre-petition mortgage arrearage allowed under the Debtors' Plan to Countrywide Home Loans, Inc. of $5,888.54 shall be re-capitalized into the Debtors' mortgage loan, and added to the principal balance of the loan; the Chapter 13 Trustee shall remove this claim from his records, and file a motion to deem the Debtors' mortgage loan current; the Debtors shall commence regular monthly payments to Countrywide Home Loans, Inc. commencing with the September, 2010 payment; and

C.) The Chapter 13 Trustee shall amend his records to remove the "Continuing Debt Arrears" from his records, pay the remaining allowed claims in the case, and proceed to administratively proceed to discharge the Debtors in this case.

IT IS SO ORDERED.

Copies to:

Default List Plus:

Countrywide Home Loans, Inc., c/o McCalla Raymer, LLC, Bank. Dept., 1544 Old Alabama Rd., Roswell, GA 30076
Countrywide Home Loans, Inc., 7105 Corporate Drive, PTX-B-35, Plano, TX 75024
U.S. Bank, NA, 4801 Frederica Street, Owensboro, KY 42301
U.S. Bank, P.O. Box 20005, Owensboro, KY 43204-0005
U.S. Bank, P.O. Box 5229, Cincinnati, OH 45201-5229

###